

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NOV 1 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22-CR- 264 |
| | § | Judge Jordan |
| TIMOTHY ELOY GUERRERO | § | |

## INDICTMENT

The United States Grand Jury Charges:

## COUNT ONE

Violation: 18 U.S.C. § 933(a)(2), (3)
(Trafficking in Firearms; Attempt)

On or about September 9, 2022, in the Eastern District of Texas, defendant Timothy Eloy Guerrero, did knowingly receive or attempt to receive, in and affecting interstate commerce, a firearm, to-wit: Barrett, M82A1, .50 caliber rifle, with an obliterated serial number, while knowing or having reasonable cause to believe that such receipt would constitute a felony offense under Federal or State law punishable by imprisonment for a term exceeding 1 year.

In violation of Title 18, United States Code, Sections 933(a)(2), (3) and 933(b).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### 18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461

As the result of committing the offenses alleged in this Indictment, the defendants shall forfeit to the United States:

a.      Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 933, any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 18 U.S.C. § 933, and any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 933, including, but not limited to, the following:

(1)    **Cash Proceeds.**

(A) A money judgment in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense alleged in this Indictment.

(2)    **Specific Property**

(B) $8,200.00 in United States currency.

b.      If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants-

(1)      cannot be located upon the exercise of due diligence;

(2)      has been transferred or sold to, or deposited with a third person;

(3)      has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of

any other property of the defendants up to the value of the above forfeitable property,

including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this Indictment, any and all

interest the defendants have in the above-described property is vested in and forfeited to

the United States.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: _11-9-2022_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §
§
v. § No. 4:22-CR- 264
§ Judge Jordan
TIMOTHY ELOY GUERRERO §

## NOTICE OF PENALTY

### Count One

Violation:         18 U.S.C. § 933(a)(2), (3)

Penalty:           Imprisonment of not more than fifteen years, a fine not to
                   exceed $250,000, or both; a term of supervised release of not
                   more than three years.

Special Assessment: $ 100.00